HUESDASH *v.* HASKINS, SUPT., LONDON CORRECTIONAL INSTITUTION.

(No. 69-27—Decided May 21, 1969.)

*Mr. James F. Huesdash, in propria persona.*
*Mr. Paul W. Brown,* attorney general, and *Mr. James E. Rood,* for respondent.

*Per Curiam.* Petitioner contends that Ohio lost jurisdiction over him in 1960 when he was surrendered to Pennsylvania for trial.

It has been held many times that the surrender of a felon by one sovereign to another sovereign for trial for another offense does not divest the first sovereign of its jurisdiction over such felon. *Guerrieri* v. *Maxwell* (1962), 174 Ohio St. 40, 186 N. E. 2d 614; *Tomkalski* v. *Maxwell* (1963), 175 Ohio St. 377, 194 N. E. 2d 845.

Petitioner is being held pursuant to a valid conviction by a court of competent jurisdiction. He is not entitled to release.

*Writ denied and petitioner remanded to custody.*

TAFT, C. J., MATTHIAS, O'NEILL, SCHNEIDER, HERBERT and DUNCAN, JJ., concur.

ZIMMERMAN, J., not participating.